FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 2 1 2026

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**VICENTE VILLELA,**<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CRIMINAL NO. 26-220 KWR

18 U.S.C. § 751(a): Escape.

## I N D I C T M E N T

The Grand Jury charges:

On or about December 26, 2025, in Bernalillo County, in the District of New Mexico, the defendant, **VICENTE VILLELA**, knowingly escaped from the custody of the Attorney General and the Attorney General's authorized representative, and from any institution and facility in which he was confined by direction of the Attorney General, and from any custody under and by virtue of any process issued under the laws of the United States by any court and judge, and the defendant's custody was by virtue of a supervised release violation upon conviction for the commission of a felony offense, namely felon-in-possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924.

In violation of 18 U.S.C. § 751(a).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney